AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. __05-390__

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF __4__ COPIES OF AO FORM 85.

__6/13/05__
(Date forms issued)

__Denise Morrison__ (signature)
(Signature of Party or their Representative)

__Denise Morrison__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action