IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>    v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>        Defendants. | Civil Action No. 05-390 |

## MOTION PRO HAC VICE

Robert R. Davis, a member of the bar of this Court, pursuant to Local Rule 83.5(c) and the attached certification, moves the admission pro hac vice of Jeffrey L. Kodroff of Spector, Roseman & Kodroff, P.C., 1818 Market Street, Suite 2500 Philadelphia, PA 19103 to represent plaintiffs, in this action.

Dated: August 10, 2005        CHIMICLES & TIKELLIS LLP

                     /s/
                     Pamela S. Tikellis (No. 2172)
                     A. Zachary Naylor (No. 4439)
                     Robert R. Davis (No. 4536)
                     One Rodney Square
                     P.O. Box 1035
                     Wilmington, DE 19899
                     (302) 656-2500
                     Attorneys for Plaintiffs