IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated, on behalf of themselves and all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATOIRES FOURNIER, S.A.,<br><br>Defendant | Civil Action No. 05-390 |

## ORDER

IT IS HEREBY ORDERED that the Motion of counsel for plaintiffs for admission pro hac vice of Jeffrey L. Kodroff of Spector, Roseman & Kodroff, P.C., 1818 Market Street, Suite 2500 Philadelphia, PA 19103 to represent the plaintiffs in this matter is hereby GRANTED.

_____
United States District Judge

Dated: _____, 2005