# UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATORIES FOURNIER S.A. | C.A. No: 05-390<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### MOTION TO ENLARGE TIME FOR SERVICE

**NOW COMES**, Plaintiffs, Pennsylvania Employees Benefit Trust Fund, by and through the undersigned counsel, hereby moves this Court for an Order for an Enlargement of Time to effectuate service upon the defendant, Abbott Laboratories, Fournier Industrie Et Sante and Laboratories Fournier, S.A. In support of the Motion, the Plaintiffs' states the following:

1. This class action complaint was filed on June 13, 2005, arising from the manufacture and marketing of the brand-name drug TriCor..

2. Plaintiffs attempted to serve out of state defendants through the Secretary of State by Special Process Server, pursuant to 10 Del.C. §3114

3. The Special Process Server filed a return of service indicating that service on the Secretary of State was filed on June 15, 2005.

4. However, Plaintiffs' attorney did not receive the copy of the return of service in order to comply with 10 Del.C. § 3114.

5.   Plaintiffs' counsel seeks to requests waiver of service by Defendants, pursuant to Fed. R. Civ. P. Rule 4(d)

WHEREFORE, the Plaintiffs request that the Court grant this motion and extend the period of time to effect service for an additional 120 days.

SILVERMAN McDONALD & FRIEDMAN

/s/ LYNN A. KELLY
(ID # 4560)
1010 N. Bancroft Parkway, Suite 22
WILMINGTON, DE  19805
(302) 888-2900
Attorney for Plaintiffs

DATED: August 25, 2005

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF DELAWARE

PENNSYLVANIA EMPLOYEES BENEFIT : 
TRUST FUND, on behalf of itself and :
all others similarly situated, :
                                                       :    C.A. No: 05-390

    Plaintiffs, :

v.                                                      :    CLASS ACTION

                                                      :    JURY TRIAL DEMANDED

ABBOTT LABORATORIES, FOURNIER :
INDUSTRIE ET SANTE, and :
LABORATORIES FOURNIER S.A. :

## ORDER

      IT IS HEREBY ORDERED, this _____ day of _____ 2005, the plaintiffs,

Motion for an Extension of time to effectuate service is GRANTED. Plaintiffs shall have until

_____ to complete service.

_____
                                J.