## UNITED STATES DISTRICT COURT

## IN AND FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PENNSYLVANIA EMPLOYEES BENEFIT TRUST FUND, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, FOURNIER INDUSTRIE ET SANTE, and LABORATORIES FOURNIER S.A. | C.A. No: 05-390<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## ORDER

IT IS HEREBY ORDERED, this _25th_ day of _August_ 2005, the plaintiffs,

Motion for an Extension of time to effectuate service is GRANTED. Plaintiffs shall have until _December 23, 2005_ to complete service.

_____
J.